## WARNER cont$^a$ FRANKLYN

John Warner plaint. cont$^a$ Benjamin Franklyn Defend$^t$ in an action of reveiw of a case tried at the County Court held at Boston. 29th Octob$^r$ 1678. where Katharin Franklyn as Attourny to Benjamin Franklyn obtained judgem$^t$ against the now plaint. for twelve pounds Seven Shillings in money & costs of Court granted twenty Shillings which is to the plaint$^s$ damage with all other due damages &c$^a$. . . . The Jury . . . found for the Defend$^t$ costs of Court. The plaint. appeal$^d$ from this Judgem$^t$ unto the next Court of Assistants &c$^a$

[ See Franklyn v. Warner, above, p. 948. Warner went to sea *without* paying his board, leaving behind a trunk full of linen, which, according to some accounts, the landlady broke open. The bill follows (S. F. 1809.4):

John Warner Debter. 1677.

May. 15.

For dyet and Lodgeing from may .15 to Ianuary .10. day .32. weekes and .3. dayes at: $6^s$ per weeke . . . . . . . . . . .   09:15:—

Septemb$^r$

21. Jt one barr$^{ll}$ of pickled mackrell . . . . . . . . . . . . . .   —:18:—

Jt in Cash Lent . . . . . . . . . . . . . . . . . . . .   —:02:—

Jt paid for John Wampus by Iohn Warners order to Goodman Earll . . . . . . . . . . . . . . . . . . . .   —:17:—

June .5.

1678: For .4. weekes dyet . . . . . . . . . . . . . . . .   01:04:—

Jt one pair of Shoes . . . . . . . . . . . . . . . . .   —:06:—

D—13:02:—

Sworn in Court .29° October .1678. by Benjamin Franklyn to bee a just and true Acco$^t$ being compar$^d$ with his booke.

Js$^a$ Addington Cler.

The Court of Assistants (Records, i. 144) reversed the Judgment for the following reasons (S. F. 1809.9):

The Reasons of y$^e$ Verdict Jn the Case betwixt Jn° Warner & Katherine franklin

1 Their was noe goods Attached & soe noe foundation for A tryall or Judgm$^t$

2 The deft was out of y$^e$ Country & Judgm$^t$ Should not haue bine entred vntill y$^e$ next Court but this being entred: See Attachmts Sumon[ses] Sect [1]

3 The deft vnd$^r$ aige vnd$^r$ 21 yeares when y$^e$ Judgm$^t$ Graunted

4 Noe Suficient proofe of y$^e$ Debt — only y$^t$ hee did Lodg their wee know not vpon wt Tearmes

Jn the name of y$^e$ Jury
Ant Checkley fore$^{mn}$ ] ·